**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

DICE CORPORATION,                                Case No. 11-CV-13578

    Plaintiff,                                     District Judge: Hon. Thomas L. Ludington

v.                                                              Magistrate Judge: Hon. Mark A. Randon

BOLD TECHNOLOGIES, LTD,

    Defendant.
_____

**ORDER GRANTING IN PART AND DENYING IN PART**
**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

WHEREAS, this matter having come before the Court for a hearing on June 12, 2012 on Plaintiff's Motion to Compel Discovery pursuant to its First Request for Production of Documents; and

WHEREAS, Defendant having objected to certain of the Plaintiff's document requests set forth in the First Request for Production of Documents; and

WHEREAS, the Court having issued its ruling on the record at the June 12, 2012 hearing, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that Defendant's objections to the First Request for Production of Documents are hereby sustained and upheld, except that the Plaintiff shall produce: 1) a copy of the quote it provided to the customer referred to in the Complaint known as ESC Central; and 2) a copy of its standard price list. Defendant shall produce these documents within 10 business days of the date of entry of this Order.

{S0988544.DOC.1}

IT IS FURTHER ORDERED that in addition to any confidentiality protection available under the Court's existing Protective Order, the Defendant may designate the documents produced pursuant to this Order as "Attorney's Eyes Only" in which case the documents, and any information contained in the documents, may only be disclosed to Plaintiff's counsel of record (and any person employed by the counsel of record who is bound to the provisions of this Order), and shall not in any manner be disclosed to Dice Corporation or any representative, employee, director, officer, or agent thereof.

IT IS FURTHER ORDERED that after receipt of the documents produced pursuant to this Order, Plaintiff may motion the Court again to compel production of the remaining documents not produced pursuant to this Order, notwithstanding that said motion would fall outside discovery.

IT IS SO ORDERED.

        s/Mark A. Randon
        MARK A. RANDON
        UNITED STATES MAGISTRATE JUDGE

Dated: July 17, 2012

### Certificate of Service

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, July 17, 2012, by electronic and/or first class U.S. mail.

        *s/Melody Miles*
        *Case Manager to*
        *Magistrate Judge Mark A. Randon*
        *(313) 234-5540*

**Approved for Entry:**

| | |
|---|---|
| s/Craig W. Horn | s/ R. Christopher Cataldo |
| Craig W. Horn (P34281) | R. Christopher Cataldo (P39353) |
| Braun Kendrick Finkbeiner PLC | Jaffe, Raitt, Heuer & Weiss, PC |

| | |
|---|---|
| Attorney for Plaintiff | Attorneys for Defendant |
| 4301 Fashion Square Blvd. | 27777 Franklin Rd., Ste. 2500 |
| Saginaw, MI 48603 | Southfield, MI 48034 |
| (989) 498-2100 | (248) 351-3000 |
| crahor@bkf-law.com | ccataldo@jaffelaw.com |

2256166.1