UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DICE CORPORATION,                                                   Case No. 11-CV-13578

    Plaintiff,                                                          District Judge: Hon. Thomas L. Ludington

v.                                                                                   Magistrate Judge: Hon. Mark A. Randon

BOLD TECHNOLOGIES, LTD,

    Defendant.
_____

**ORDER GRANTING MOTION TO COMPEL DISCOVERY**

WHEREAS, this matter having come before the Court on the Motion of Bold Technologies, Ltd. ("Bold") on August 7, 2012 asking the Court to enter an Order: (1) Compelling Dice Corporation ("Dice") to produce documents responsive to document request numbers 11 and 12 of Bold's First Set of Interrogatories and Requests for Production of Documents; and (2) Compelling Dice to produce documents responsive to Bold's document request numbers 1-21 and 25 of Bold's Second Set of Requests for Production of Documents; and (3) Compelling Dice to produce Philip DuPont for deposition.

NOW THEREFORE, the Court having reviewed the briefs submitted by the parties and having heard oral argument and having issued its ruling at the August 7, 2012 hearing;

IT IS HEREBY ORDERED as follows:

1.    Defendant Bold's Motion to Compel is hereby GRANTED and Plaintiff shall produce all documents in its possession, custody or control responsive to Bold's document requests numbers 11 and 12 of its First Set of Interrogatories and Requests for Production of Documents and document requests numbers 1-21 and 25 of Bold's Second Set of Requests for

2291615.1

Production of Documents on or before August 31, 2012. Dice shall have no obligation to produce documents pursuant to this Order which it has previously produced.

2. Dice shall designate a corporate representative to undertake a diligent search of all of its hard copy files and electronic files for documents responsive to the document requests referred to in Defendants' motion. Dice shall provide Bold with an affidavit from the designated corporate representative explaining in detail: i) all steps taken by Dice to retain and preserve files as part of this litigation; and ii) all steps and procedures undertaken by Dice to search its hard copy and computer files for responsive documents.

3. The issue of whether Bold may depose the Dice corporate representative to be designated pursuant to this Order is not ruled upon by the Court at this time but is preserved.

4. Dice shall produce Phillip DuPont for deposition on or before August 17, 2012.

IT IS SO ORDERED.

s/Mark A. Randon

MARK A. RANDON

UNITED STATES MAGISTRATE JUDGE

Dated: August 22, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 22, 2012 by electronic and/or ordinary mail.*

*s/Melody Miles*

*Case Manager to Magistrate Judge Mark A. Randon*

*(313) 234-5540*

2291615.1

**APPROVED AS TO FORM**:

| | |
|---|---|
| s/ with consent of Craig W. Horn | s/ R. Christopher Cataldo |
| Craig W. Horn (P34281) | R. Christopher Cataldo (P39353) |
| Braun Kendrick Finkbeiner PLC | David S. McDaniel (P56994) |
| Attorney for Plaintiff | Jaffe, Raitt, Heuer & Weiss, P.C. |
| | Attorneys for Defendant |

3

2291615.1