UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DICE CORPORATION,

    Plaintiff,

v.

Case Number 11-13578
Honorable Thomas L. Ludington

BOLD TECHNOLOGIES,

    Defendant.
_____/

## JUDGMENT

In accordance with the opinion and order entered on this date,

It is **ORDERED AND ADJUDGED** that the Defendant's motion for summary judgment (ECF No. 61) is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**.

Dated: October 25, 2012

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 25, 2012.

    s/Tracy A. Jacobs
    TRACY A. JACOBS