# United States District Court for the Eastern District of Michigan

DICE CORPORATION

Plaintiff,

vs.                                                                                             CASE NO. 11-13578

BOLD TECHNOLOGIES

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that __Dice Corporation__, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from Opinion & Order Granting Defendant's Motion for Summary Judgment & Dismissing Complaint with Prejudice [93] & the Judgment [94] (the final judgment) (from an order (describing it)) entered in this action on the 25th day of October, 2012.

(s) Jamie Hecht Nisidis (P48969)

Address: 4301 Fashion Square Boulevard

Saginaw, Michigan 48603

Attorney for Dice Corporation

cc: Opposing Counsel ☐
    Court of Appeals ☐

6CA-3
1/99