UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DICE CORPORATION,

    Plaintiff,

v.

                                    Case No. 11-13578-TLL-CEB

                                    Hon. Thomas L. Ludington

BOLD TECHNOLOGIES LTD,

    Defendant.

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Dice Corporation, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion & Order Granting Defendant's Motion for Summary Judgment & Dismissing Complaint with Prejudice [#93] and the Judgment [#94] entered on October 25, 2012 and also hereby appeals from the Opinion & Order Denying Plaintiff's Motion for Indicative Ruling [#108] entered on May 20, 2013.

Dated: May 29, 2013                  By: s/Jamie Hecht Nisidis
                                                   JAMIE HECHT NISIDIS
                                                   Braun Kendrick Finkbeiner P.L.C.
                                                   Attorneys for Plaintiff Dice Corporation
                                                   4301 Fashion Square Boulevard
                                                   Saginaw, Michigan 48603
                                                   (989) 498-2100
                                                   jamnis@bkf-law.com
                                                   (P48969)

{S1061167.DOCX.1}